UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARLES N. SCHWARZ, JR. et al., | § |
| Plaintiffs, | § § § |
| v. | §   CIVIL ACTION NO. H-07-cv-0410 |
| HARRY L. BOWLES, et al., | § § § |
| Defendants. | § |

## MEMORANDUM AND ORDER

Harry L. Bowles seeks permission to make additional filings in the above-captioned case, which he putatively removed from state court.

Several points need to be made:

1. The case has already been remanded to state court.

2. The removal was purportedly effected by an individual who was not authorized to practice in the Southern District of Texas. Accordingly, the ostensible removal was invalid.

3. At the hearing on Plaintiff's motion to remand, neither Mr. Bowles nor Mr. Farmer could identify any basis for federal jurisdiction.

4. Mr. Bowles requests permission to pursue claims under Title 18 of the United States Code. Title 18, however, governs criminal proceedings which may not be filed or pursued by private plaintiffs.

Mr. Bowles's request to make additional filings in this case is hereby **DENIED**.

IT IS SO ORDERED.

SIGNED this 1st day of August, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT